The Gerstel Agency, Inc., Plaintiff-Appellee, v. Edward Grusin, Defendant-Appellant.

Gen. No. 48,023.

First District, First Division.
October 10, 1960.
Rehearing denied October 26, 1960.

Cap-
lan and Pastin, of Chicago (Lawrence G. Fretzin, of counsel) for
appellant; George Yellen, of Chicago, for appellee. Opinion by
JUSTICE BURMAN. Not to be published in full.